UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SINISA DJORDJEVIC,

                Plaintiff,

-v-

UNIVERSAL PROTECTION SERVICE LLC,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 3144 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On April 10, 2022, Plaintiffs commenced this action, asserting claims under the Fair Labor Standards Act and New York Labor Law. (ECF No. 2). On August 19, 2022, the Honorable Paul G. Gardephe referred this case to me for general pretrial supervision. (ECF No. 4). On May 31, 2022, Defendant filed its answer to the complaint. (ECF No. 11). On June 1, 2022, Judge Gardephe referred this case to the Court's Mediation Office for settlement purposes under Local Civil Rule 83.9. (ECF No. 12).

In light of the planned mediation, the Court will not schedule an initial case management conference at this time. **Within three days of the first mediation session**, the parties shall file joint letter advising the Court as to the status of their settlement efforts.

Dated:     New York, New York
            June 2, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**