

**EVAN S. WEISS**
Attorney at Law
Admitted in New York
(332) 345-2475 Direct
eweiss@martensonlaw.com

August 18, 2022

**Via ECF**
The Hon. Sarah L. Cave
United States Magistrate Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

Re:   *Djordjevic v. Universal Protection Service, LLC*, Case 1:22-cv-03144- PGG-SLC

Judge Cave:

This firm represents the Defendant in the above-captioned matter. We write in conjunction with Plaintiff's counsel to inform the Court that the Plaintiff in this matter is deceased. Pursuant to Fed. R. Civ. P. 25(a)(1), Plaintiff's counsel intends to file a motion to substitute the Plaintiff's successor in interest once that party has been identified. Therefore, the Parties request that the Court stay proceedings pending the filing of a motion of substitution for a period of at least 90 days.

Sincerely yours,

**MARTENSON, HASBROUCK & SIMON LLP**

Evan S. Weiss
MaKenna E. Tucker

Cc: All counsel of record, via ECF

---

The parties' request for a 90-day "stay of proceedings pending the filing of a motion of substitution" (ECF No. 15) is GRANTED IN PART and DENIED IN PART.  By **November 16, 2022**, Plaintiff's successor shall file a motion for substitution pursuant to Fed. R. Civ. P. 25(a)(1). All other case deadlines are ADJOURNED sine die.

The Clerk of Court is respectfully directed to close ECF No. 15.

SO ORDERED     8/19/2022

SARAH L. CAVE
United States Magistrate Judge

---

40 Exchange Place | Suite 1502 |