UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SINISA DJORDJEVIC,

                    Plaintiff,

-v-

UNIVERSAL PROTECTION SERVICE LLC,

                    Defendant.

CIVIL ACTION NO.: 22 Civ. 3144 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

By **October 19, 2022**, the parties shall file joint letter (the "Letter") advising the Court as to the status of their settlement efforts. If the parties' settlement efforts are unsuccessful, then, in addition to the Letter, the parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, via ECF, signed by counsel for each party. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

Dated:      New York, New York
              October 12, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**