

**MAKENNA E. TUCKER**
Attorney at Law
Admitted in New York and Georgia
(332) 345-2473
mtucker@martensonlaw.com

October 19, 2022

**Via ECF to:**
The Hon. Sarah L. Cave
United States Magistrate Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

    Re:   *Djordjevic v. Universal Protection Service, LLC*, Case 1:22-cv-03144- PGG-SLC

Judge Cave:

    This firm represents the Defendant in the above-captioned matter. Pursuant to the Court's Order dated October 12, 2022, we write in conjunction with Plaintiff's counsel to inform the Court that the Parties have reached a settlement for this matter. Therefore, the Parties request that the Court grant the Parties time through November 10, 2022 to finalize and submit the settlement agreement to the Court for approval.

    Sincerely yours,

    **MARTENSON, HASBROUCK & SIMON LLP**

    */s/ MaKenna Tucker*

    MaKenna E. Tucker
    Evan S. Weiss

Cc: All counsel of record, via ECF