UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SINISA DJORDJEVIC,

    Plaintiff,

v.

UNIVERSAL PROTECTION SERVICE LLC

    Defendant.

No. 1:22-cv-03144- PGG-SLC

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Sinisa Djordjevic, through his successor and the substituted Plaintiff, Margarita Djordjevic, and Defendant Universal Protection Service, LLC d/b/a Allied Universal Security Services, hereby stipulate that the above-captioned case shall be dismissed, with prejudice, with each party to bear its own fees and costs.

**Mansell Law, LLC**

_/s/ Greg R. Mansell_
Greg R. Mansell
85 8th Ave., #6M
New York, NY 10011
T: (614) 796-4325
Greg@MansellLawLLC.com

*Attorney for Plaintiff*

Dated: 12/19/2022, 2022

**Martenson, Hasbrouck & Simon LLP**

_/s/ Evan S. Weiss_
Evan S. Weiss
MaKenna E. Tucker
40 Exchange Place, Suite 1502
New York, NY 10005
T: (332) 345-2475
eweiss@martensonlaw.com
mtucker@martensonlaw.com

*Attorneys for Defendant*

Dated: Dec. 19, 2022

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge
Date: January 4, 2023